## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **NADIA BAXTER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No.: 1:21-cv-20615** |
| | : | |
| **COMMUNITY OPTIONS, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

AND NOW, this 15th day of November, 2022, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint and to Enforce the Parties' Agreement to Arbitrate Their Dispute, Plaintiff's Response, and any response hereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**.

It is **FURTHER OREDRED** that:

1.     Defendant's Motion to Compel Arbitration (Doc. No. 4) is **GRANTED**.

2.     Defendant's Motion to Dismiss (Doc. No. 4) is **DENIED**.

3.     Plaintiff shall submit her claims to arbitration within 30 days of the date of this Order.

4.     This case is **STAYED** pending the completion of the arbitration.

**BY THE COURT:**

_____
**Hon. Joseph H. Rodriguez, U.S.D.J.**

_____ Opposed

___X___ Unopposed